EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 E-mail: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Cottrell, Gorby, Wright and Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD THOMAS,** | CASE NO.: CIV S 09-0855-CMK |
| Plaintiff, | **ORDER** |
| v. | |
| **J. WRIGHT, et al.,** | |
| Defendants. | |

The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint. Accordingly, Defendant shall have thirty days following service of the court's screening order to file and serve a response to the complaint.

**IT IS SO ORDERED.**


**Dated:  April 13, 2009**         __/s/ Craig M. Kellison_____
                                    Craig M. Kellison
                                    United States Magistrate Judge